UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CORONA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; THE GOLDEN 1 CREDIT UNION; CAPITAL ONE BANK, N.A.; JPMORGAN CHASE BANK, N.A.; SYNCHRONY BANK, TD BANK USA, N.A.<br><br>　　　　　Defendants. | Case No. 2:18-cv-02049-KJM-EFB<br>*Assigned to Kimberly J. Mueller;*<br>*Referred to Magistrate Judge Edmund F. Brennan*<br><br>ORDER GRANTING DEFENDANT CAPITAL ONE BANK (USA), N.A.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:　　October 19, 2018<br>Time:　　10:00 a.m.<br>Location: Courtroom 3<br><br>Complaint Filed:　July 26, 2018 |

For good cause appearing, the Court GRANTS Defendant Capital One Bank (USA), N.A.'s Request to Appear Telephonically at the Case Management Conference scheduled for October 19, 2018 at 10:00 a.m.

DATED: October 16, 2018.

_____
UNITED STATES DISTRICT JUDGE